1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )
                                    )
12               Plaintiff,         )     SA 09-492M
                                    )
13       v.                         )     ORDER OF DETENTION AFTER HEARING
                                    )         (18 U.S.C. § 3142(i))
14  GABRIEL SANDOVAL NAVARETTE,     )
                                    )
15               Defendant.         )
                                    )
16  _____

17                                            I.

18   A.  ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22           (21 U.S.C. §§  801,/951, et. seq..,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. (X)   serious risk defendant will flee;

26       2. ( )   serious risk defendant will

27           a. ( )  obstruct or attempt to obstruct justice;

28           b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                    II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3       A.  ( X )    appearance of defendant as required; and/or

4       B.  ( ) safety of any person or the community;

5                                                   III.

6     The Court has considered:

7       A.  ( x) the nature and circumstances of the offense;

8       B.  (x) the weight of evidence against the defendant;

9       C.  (x) the history and characteristics of the defendant;

10      D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                                  IV.

12    The Court concludes:

13      A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15      B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19      C.  ( ) A serious risk exists that defendant will:

20            1. ( )   obstruct  or  attempt  to  obstruct  justice;

21            2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23      D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

6

7

8   Dated: November 12, 2009

9   MARC L. GOLDMAN
    Marc L. Goldman
10  U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**